**Order entered October 18, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

---

**No. 05-21-00242-CV**

---

**IN THE INTEREST OF M.C.M. AND M.A.M., CHILDREN**

---

**No. 05-21-00360-CV**

---

**MOLLY WILKERSON, Appellant**

**V.**

**MARK MALDONADO, Appellee**

---

**No. 05-21-00373-CV**

---

**IN THE INTEREST OF M.C.M. AND M.A.M., CHILDREN**

---

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 366-53554-2020, 366-51795-2021, and 366-50778-2021**

---

**ORDER**
Before Chief Justice Burns, Justice Molberg, and Justice Goldstein

In accordance with this Court's opinion of this date, we **AFFIRM** the trial

court's July 17, 2021 order sustaining the contests to appellant's statements of

inability to pay costs.  Accordingly, we **ORDER** appellant to file, by **November 8, 2021**, written verification that she has paid or made arrangements to pay for the reporter's records requested in these appeals.  We caution appellant that failure to provide the written verification within the time specified may result in an order that the appeals be submitted without the reporter's records.  *See* TEX. R. APP. P. 37.3(c).

/s/  ROBERT D. BURNS, III
    CHIEF JUSTICE